UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE M. R.[1], an Individual,<br><br>        Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI[2], Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:20-11557 JAK (ADS)<br><br>ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner. On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, including the parties' Joint Submission [Docket ("Dkt.") No. 22], and the Report and Recommendation of the assigned Magistrate Judge dated August 25, 2022 [Dkt. No. 24]. Objections to the Report and Recommendation were due to be filed by September 8, 2022. No objections have been filed. Upon review, the Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 24], is accepted;
2. The case is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: September 21, 2022

JOHN A. KRONSTADT
United States District Judge