JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE M. R.[1], an Individual, | Case No.: 2:20-11557 JAK (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI[2], Acting Commissioner of Social Security, | |
| Defendant. | |

---

[1] Plaintiff's name has been partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The Complaint, and thus the docket caption, do not name the current Acting Commissioner. On July 9, 2021, Kijakazi became the Acting Commissioner of Social Security. Thus, he is automatically substituted as the defendant under Federal Rule of Civil Procedure 25(d).

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety with prejudice.

DATED:  September 21 , 2022

_____
JOHN A. KRONSTADT
United States District Judge